IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOROTHY SHELTON                                                              PLAINTIFF

VS.                                          CASE NO. 06-CV-1116

MICHAEL J. ASTRUE
Commissioner, Social Security Administration                                 DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 20, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 15).  Judge Bryant recommends that the Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act be granted.  The parties have not filed any objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Magistrate's Report and Recommendation *in toto*.  Pursuant to the EAJA, 28 U.S.C. § 2412, the Plaintiff is hereby awarded attorney fees in the amount of $1,680.04.

IT IS SO ORDERED, this 11th day of January, 2008.

                                                           /s/Harry F. Barnes
                                                           Hon. Harry F. Barnes
                                                           United States District Judge